UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| R. LEYVA, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>HOLLISTER SCHOOL DISTRICT, et al.,<br><br>   Defendants. | Case No. 15-cv-00838-BLF<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DATES**<br><br>[Re: ECF 12] |

The parties in the above-captioned action are scheduled to appear for case management on May 7, 2015. The parties have filed a joint case management statement, which indicates that Plaintiffs will file an amended complaint no later than May 7, 2015, and that Defendants shall respond within thirty days of the amended complaint being filed. *See* ECF 12 at 5.

The Court therefore CONTINUES the case management conference to **August 6, 2015 at 1:30 p.m.**, and HEREBY SETS the following schedule, consistent with the dates jointly proposed by the parties as modified by the Court to conform to its availability and schedule:

| | |
|---|---|
| Fact Discovery cut off: | January 15, 2016 |
| Plaintiffs' Expert Disclosure: | February 5, 2016 |
| Defendants' Expert Disclosure: | February 12, 2016 |
| Last day to depose experts: | March 18, 2016 |
| Last day to hear dispositive motions: | April 7, 2016 |
| Submission of Proposed Pretrial Order: | May 20, 2016 |
| Pretrial Conference: | June 9, 2016 |
| Trial: | July 11, 2016 |

**IT IS SO ORDERED.**

Dated: May 5, 2015

_____
BETH LABSON FREEMAN
United States District Judge